# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Pter John Grzeskowiak

Plaintiff

v.

Sheryl Ramstad Hvass

Defendants

Case No. Civil 00-2004 RHK/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The report and recommendation is adopted. Petitioner's application for habeas corpus is summarily denied. Petitioner's motion for appointment of counsel is denied. Petitioner's motions for production of evidence are denied. Petitioner's motion to stay sentence is denied. Petitioner's motion for leave to amend petition is denied. Petitioner's motion for DNA testing and for a psychological evaluation is denied. This action is dismissed with prejudice.

DATE: September 19, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk