UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter John Grzeskowiak,

Petitioner,

Civil No. 00-2004 (RHK/AJB)

vs.

**ORDER**

Sheryl Ramstad Hvass,

Respondent.

---

Plaintiff's Motion to extend the time for appealing from the Court's Order of September 19, 2000 by 30 days is **GRANTED**; said appeal should be filed on or before November 19, 2000.

Dated: October 13, 2000

RICHARD H. KYLE
United States District Judge

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______