UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter John Grzeskowiak,

Petitioner,

vs.

Sheryl Ramstad Hvass, Commissioner of Minnesota Corrections,

Respondent.

Civil No. 00-2004 (RHK/AJB)

**ORDER**

---

Before the Court is Petitioner's Application for Certificate of Appealability. Petitioner seeks to appeal the dismissal of his 28 U.S.C. § 2254 application; that dismissal was based upon the determination that the application for habeas corpus was time-barred under U.S.C. § 2244(d)(1). Magistrate Judge Boylan's thorough and well reasoned Report and Recommendation was adopted by the undersigned.

The Supreme Court of the United States has stated:

> [W]hen the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

Slack v. McDaniel, 120 S. Ct. 1595, 1604 (2000).

Applying the foregoing standard to the application in this case, it is the view of the Court that jurists of reason would not find Judge Boylan's analysis and recommended resolution of the issue of the timeliness debatable. Accordingly, and upon all the files,

FILED NOV 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

records and proceedings herein, the Application for Certificate of Appealability (Doc. No. 33) is **DENIED**.

Dated: November 21, 2000

RICHARD H. KYLE
United States District Judge